IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 11-32-1 |
| v. | : | |
| | : | CIVIL ACTION |
| TAUKEEQ SADAT | : | NO. 16-2813 |

**<u>ORDER</u>**

AND NOW, this 18th day of March, 2024, upon consideration of Defendant Taukeeq Sadat's Motion to Vacate, Set Aside and Correct Sentence Under 28 U.S.C. § 2255 (Document No. 143), and the Government's Response thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

IT IS FURTHER ORDERED a certificate of appealability shall not issue as Sadat has failed to make a substantial showing of the denial of a constitutional right.

IT IS STILL FURTHER ORDERED the Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      J.